# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULLAH TAHA MATTAN      :
(ISN 684)

     :

          Petitioner,      :

     :

         v.      :     Civil Action No.

     :     09-cv-0745 (RCL)

BARACK H. OBAMA, *et al.*,      :

     :

         Respondents.      :

## ORDER

The Motion for *Pro Hac Vice* Admission of Lauren Carasik, Esq., as co-counsel to Petitioner in the above-captioned matter is hereby Granted.

_____3/20/13_____
Date

_Bruce C. Lamberth_
Judge

PHDATA 4305072_1